**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHIRON BROWN,                               :
                                            :
            Plaintiff,                       :
                                            :
      v.                                    :      Civil Action No.    11 1413
                                            :
VINCENT GRAY,                               :
                                            :
            Defendant.                       :

## MEMORANDUM OPINION

For purposes of this Memorandum Opinion, the Court consolidates six complaints and

applications to proceed *in forma pauperis*. Each complaint names a single defendant for whom

plaintiff supplies a District of Columbia address, and the maximum amount plaintiff demands in

damages is $40,000. In no case does plaintiff establish federal question jurisdiction, *see* 28

U.S.C. § 1331, or diversity jurisdiction, *see* 28 U.S.C. § 1332. Accordingly, the Court will

dismiss these complaints for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.


                                            United States District Judge

DATE: 7/27/11


Attachment A